UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-370-FL-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| MARQUAN DIONTAE PRESTON | |

On motion of the Defendant, Marquan Diontae Preston, and for good cause shown, it is hereby ORDERED that **[DE 28 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  13th  day of      April      , 2020.

_____
LOUISE W. FLANAGAN
United States District Judge